IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WESTPORT HOLDINGS
TAMPA LP,

      Appellant,

v.

STATE OF FLORIDA, ex rel.,
the DEPARTMENT OF
FINANCIAL SERVICES OF
THE STATE OF FLORIDA and
OFFICE OF INSURANCE
REGULATION,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2557

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

M. Stephen Turner, P.A. and David K. Miller, P.A., Broad and Cassel, Tallahassee, for Appellant.

Timothy L. Newhall, Chief Attorney, and Conor J. McLaughlin, Senior Attorney, Department of Financial Services, Division of Rehabilitation and Liquidation, Tallahassee; Shaw P. Stiller, Chief Assistant General Counsel, C. Timothy Gray and Alyssa S. Lathrop, Assistant General Counsels, Florida Office of Insurance Regulation, Tallahassee, for Appellees.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.